The People of the State of New York, Respondent,
against
Shelton Wesley, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Joanne D. Quinones, J.), rendered December 20, 2011, convicting him, upon a plea of guilty, of violating Public Health Law § 3383(2), and imposing sentence.




Per Curiam.
Judgment of conviction (Joanne D. Quinones, J.), rendered December 20, 2011, affirmed.
Defendant's guilty plea was knowing, intelligent and voluntary. At the plea proceeding, defendant stated that he wanted to plead guilty to violating Public Health Law § 3383(2), that he was, in fact, guilty of possessing, with intent to sell, an imitation controlled substance, and that he understood that by pleading guilty he was giving up his right to trial, the right to remain silent, and the right to have the prosecution prove their case beyond a reasonable doubt. Manifestly, this case does not involve the type of "silent record" which is insufficient to "overcome the presumption against waiver by a defendant of constitutionally guaranteed protections" (People v Tyrell,22 NY3d 359, 365 [2013], citing People v Harris, 61 NY2d 9, 17 [1983]; see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). To the contrary, the plea record, taken as a whole, amply shows that defendant intelligently and understandingly waived his constitutional rights (People v Sougou, 26 NY3d at 1055; see also People v Terrell, 134 AD3d 651, 652 [2015] ["the court sufficiently advised defendant of the rights he was giving up by pleading guilty, notwithstanding that it omitted the word jury' from its reference to giving up the right to a trial").
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 14, 2016